SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>George S. Suyehiro, et al,<br><br>Defendants | Case No.: CIV.S 10-cv-00999-WBS-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF GEORGE S. SUYEHIRO AND ~~Proposed~~ ORDER**<br><br>Complaint Filed: APRIL 25, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (George S. Suyehiro) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (George S. Suyehiro) is dismissed because this Defendant is deceased.

Dated: May 19, 2010                             /s/Scott N. Johnson
                                                SCOTT N. JOHNSON
                                                Attorney for Plaintiff

1 **IT IS SO ORDERED**.

2

3

Dated:        May 20, 2010

4

5

6 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00999-WBS-JFM